IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES REIGH and ERICA REIGH, his wife, | ) Civil Action No. 3:21-cv-00191-SLH |
| | ) |
| | ) District Judge Stephanie L. Haines |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRANDSAFWAY INDUSTRIES LLC.; NRG ENERGY, INC.; NRG ENERGY SERVICES, LLC; and, NRG HOMER CITY SERVICES, LLC | ) |
| | ) |
| Defendants. | ) |

## STIPULATION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the voluntary dismissal of all claims by the plaintiffs in this action and to the entry of a final judgment of dismissal, with prejudice, operating as an adjudication on the merits, without costs or fees to any party.

CONSENTED TO:

SAUL EWING ARNSTEIN & LEHR, LLP

DATE: 7/18/2023

*/s/ Jared S. Hawk, Esquire*
Jared S. Hawk, Esquire
Pa. I.D. No. 92959
jared.hawk@saul.com
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
Facsimile: (412) 209-2570
*Counsel for Defendants NRG Energy, Inc., NRG Energy Services LLC, and NRG Homer City Services LLC*

GERMAN, GALLAGHER & MURTAUGH

DATE: 7/18/2023

/s/ M. Dinora Smith, Esquire
M. Dinora Smith, Esquire
Pa. I.D. No. 306808
smithd@ggmfirm.com
German, Gallagher & Murtagh
200 S. Broad Street
The Bellevue, Suite 500
Philadelphia, PA 19102
Telephone: (215) 875-4013
Facsimile: (215) 732-4182
*Counsel for Defendant Brandsafway Industries LLC.*

AINSMAN LEVINE, LLC

DATE: 7/18/2023

/s/ Erin K. Rudert, Esquire
Erin K. Rudert, Esquire
Pa. I.D. No. 200432
er@ainsmanlevine.com
Ainsman Levine, LLC
310 Grant Street, Suite 1500
Pittsburgh, PA 15219
Telephone: (412) 338-9030
*Counsel for Plaintiffs Charles Reigh and Erica Reigh*

AND NOW, this 19th day of July, 2023,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE